UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
NATIONAL CASUALTY CO.,

              Plaintiff,

-against-

GATEWAY ACOUSTICS CORP.,

              Defendants.
----------------------------------------------------------X

NOT FOR PUBLICATION
**MEMORANDUM & ORDER**
12-cv-5920 (CBA) (JO)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 31 2014 ★
BROOKLYN OFFICE

**AMON, Chief United States District Judge.**

On March 6, 2014, the Honorable James Orenstein issued an Order and Report and Recommendation, ordering that 360 Brooklyn Investors, LLC and Newmark Construction Services, LLC, be joined as necessary parties pursuant to Rule 19(a)(1) of the Federal Rules of Civil Procedure, and recommending that the Court terminate as premature plaintiff National Casualty Company's motion for a default judgment without prejudice to renewal. The parties were given until March 24, 2014 to file objections to the R&R. No objections have been filed to date. Reviewing the R&R for clear error, the Court hereby adopts Magistrate Judge Orenstein's R&R as the opinion of the Court. The entry of default is vacated and plaintiff's motion for a default judgment is denied.

SO ORDERED.

Dated: March 31, 2014
       Brooklyn, N.Y.

                                              s/Carol Bagley Amon
                                              Carol Bagley Amon
                                              Chief United States District Judge